No. 687. YOUNGER, DISTRICT ATTORNEY OF COUNTY OF LOS ANGELES *v.* SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES (SIRHAN, REAL PARTY IN INTEREST). Ct. App. Cal., 2d App. Dist. Certiorari denied. *Evelle J. Younger,* petitioner, *pro se.* *Joseph A. Ball* for respondent.

No. 591. BARRON *v.* FLORIDA. Dist. Ct. App. Fla., 3d Dist. Motion to dispense with printing petition granted. Certiorari denied. *Milton E. Grusmark* for petitioner. *Earl Faircloth,* Attorney General of Florida, and *Edward D. Cowart* and *Jesse J. McCrary, Jr.,* Assistant Attorneys General, for respondent.

No. 592. BENNETT, WARDEN *v.* STUMP. C. A. 8th Cir. Certiorari denied. MR. JUSTICE BLACK, MR. JUSTICE HARLAN, and MR. JUSTICE WHITE are of the opinion that certiorari should be granted. *Richard C. Turner,* Attorney General of Iowa, and *David A. Elderkin* and *William A. Claerhout,* Assistant Attorneys General, for petitioner.

No. 595. HINGER *v.* CITY OF PIQUA. Sup. Ct. Ohio. Certiorari denied. THE CHIEF JUSTICE, MR. JUSTICE BLACK, and MR. JUSTICE FORTAS are of the opinion that certiorari should be granted. *Leo H. Faust* for petitioner. *Richard K. Wilson* for respondent.

No. 608. THECKSTON ET UX. *v.* TRIANGLE PUBLICATIONS, INC., ET AL. Sup. Ct. N. J. Certiorari denied. MR. JUSTICE FORTAS is of the opinion that certiorari should be granted. *Harry Green* and *Sidney W. Bookbinder* for petitioners. *Harold E. Kohn* for respondents.